FILED

NOV 15 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case №: 3:18-mj-00018-DMC |
|---|---|
| Plaintiff, | |
| vs. | **O R D E R**<br>**APPOINTING COUNSEL** |
| MOLLY L. THAO, | |
| Defendant. | |

The court appointed the CJA panel attorney Matthew Izzi to represent the defendant on August 14, 2018. Defendant Thao declined to consent to Magistrate Judge jurisdiction and was ordered to appear before the Sacramento Duty Magistrate on December 5, 2018. Mr. Izzi was relieved as counsel. Sacramento CJA Panel attorney Jessica Graves has agreed to represent Molly Thao and is hereby appointed effective November 14, 2018, the date the Office of the Federal Defender contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 11/15/2018

HON. CAROLYN K. DELANEY
United States Magistrate Judge